UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUHAMMAD BHATTI, CHRISTINA BHATTI,<br><br>Plaintiffs,<br><br>vs.<br><br>HARMON STORES, INC., JOHN DOES 1-10, JOHN DOE ESQS. 11-15, and XYZ CORPS.,<br><br>Defendants. | Civil Action No. 2:16-cv-00523-KM-JBC<br><br>**Rule 7.1 Corporate Disclosure Statement** |

Harmon Stores, Inc., by and through its attorneys, Jackson Lewis P.C., hereby discloses that Bed Bath & Beyond, Inc. is its parent corporation and owns 10% or more of its stock.

\s\ Martin W. Aron
Martin W. Aron, Esq. (Bar ID #036011984)
Mary L. Moore, Esq. (Bar I.D. #023421991)
JACKSON LEWIS P.C.
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, New Jersey 07960
(973) 538-6890
ATTORNEYS FOR DEFENDANT

DATED: April 15, 2016

4851-0598-0719, v. 1